[No. 37063-4-I.    Division One.    December 30, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. VINCENTE
CUEVAS-FONSECA, *Respondent*.

Appeal from a judgment of the Superior Court for
Skagit County, No. 95-1-00007-9, George McIntosh, J.,
entered July 20, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 37394-3-I.    Division One.    December 30, 1996.]

JAMES CASTILLO, ET AL., *Respondents*, v. HARMIT
LAMBA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-31675-5, Faith Enyeart Ireland, J.,
entered September 1, 1995. *Affirmed* by unpublished
opinion per Webster, J., concurred in by Baker, C.J., and
Kennedy, J.

[No. 37549-1-I.    Division One.    December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. NYERERE
PARTEE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-05092-3, Marsha J. Pechman, J., entered
October 9, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 37860-1-I.    Division One.    December 30, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. QUINCY
ALLEN KOERBER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03970-3, Richard M. Ishikawa, J., entered
November 14, 1995. *Reversed* by unpublished opinion per
Baker, C.J., concurred in by Kennedy and Becker, JJ. Now
published at 85 Wn. App. 1.